Lenir RICHARDSON, Plaintiff-Appellant,

v.

O. J. FAULK, Officer, badge # 2908; D. N. Custer, Officer, badge # 3756; Officer Rizza; Commonwealth Attorney; Mario Torres, Sergeant, Defendants-Appellees.

No. 16-1911

United States Court of Appeals, Fourth Circuit.

Submitted: December 9, 2016

Decided: January 9, 2017

Lenir Richardson, Appellant Pro Se. Kimberly Pace Baucom, Assistant County Attorney, Fairfax, Virginia, for Appellees.

Before NIEMEYER, TRAXLER, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lenir Richardson appeals the district court's orders denying her motion to remand and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Richardson v. Faulk, No. 1:15-cv-01489-LMB-TCB (E.D. Va. Dec. 16, 2015; July 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED